UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

SACHA SANTIAGO, *ET AL.*,         :       20-Cv-6887 (SHS)

            Plaintiffs,         :       <u>ORDER</u>

      -v-         :

UNITED STATES OF AMERICA,         :
*ET AL.*,
                     :
            Defendants.
--------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The Court has received defendants United States of America and Omar Daza's letter motion [Doc. No. 45], and plaintiffs' response to that letter motion [Doc. No. 47]. Accordingly,

    IT IS HEREBY ORDERED that:

    1.    Defendants shall answer or move in response to the complaint on or before January 29, 2021 [Doc. No. 32];

    2.    The parties shall attempt to agree upon a discovery schedule that commences discovery upon the Court's determination of defendants' anticipated motion to dismiss;

    3.    If no motion to dismiss the complaint is filed on or before January 29, 2021, discovery shall commence on January 29, 2021;

    4.    If the parties are unable to agree upon a discovery schedule, they are directed to submit their respective positions to the Court, in writing, on or before January 21, 2021; and

    5.    The conference scheduled for January 28, 2021, is adjourned *sine die*.

Dated: New York, New York
       January 7, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.