UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SACHA SANTIAGO; DARRAH KNEISEL; and STEPHANIE FELICIANO,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; COLIN AKPARANTA, LAMINE N'DIAYE; NORMAN REED; TROY HILL; STACEY HARRIS; FNU COLLIER; FNU LEWIS; FNU JOHNSON; OMAR DAZA; and JOHN/JANE DOES 1–10,<br><br>Defendants. | Case No. 20 Civ. 6887 (SHS)<br><br>[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT COLIN AKPARANTA |

This action having been commenced on August 26, 2020, by the filing of the Complaint (Dkt. No. 1), and a Waiver of Service of Summons and that Complaint provided to Defendant Colin Akparanta by U.S. mail on September 11, 2020. Defendant Akparanta signed that Waiver of Service of Summons on October 15, 2020, and Plaintiffs' counsel received that Waiver of the Service of Summons form by mail on October 16, 2020. Proof of that Waiver of the Service of Summons was filed with the Court on October 16, 2020 (Dkt. No. 13). Defendant Akparanta having not answered the Complaint and the time for answering the Complaint having expired, it is ORDERED, ADJUDGED AND DECREED:

Plaintiffs Sacha Santiago, Darrah Kneisel, and Stephanie Feliciano are awarded compensatory and punitive damages, including pre- and post-judgment interest and recovery of

Plaintiffs' costs, including reasonable attorney's fees, in an amount to be determined following resolution of this case.

Dated: May 10, 2021
New York, New York

_____
Judge Sidney H. Stein

This document was entered on the docket on