UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| SACHA SANTIAGO, *ET AL.*, | : | 20-Cv-6887 (SHS) |
| Plaintiffs, | : | <u>ORDER</u> |
| -v- | : | |
| UNITED STATES OF AMERICA, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The parties' having filed a joint letter notifying the Court that they have "reached an agreement in principle to settle and resolve this action" [Doc. No. 63],

      IT IS HEREBY ORDERED that:

      1.    The parties are directed to file the stipulation of dismissal with prejudice on or before September 30, 2021. If the stipulation is not filed by September 30, there shall be a pretrial conference in this matter on that date at 10:30 a.m.; and

      2.    The defendants' motion to dismiss the complaint [Doc. No. 50], is dismissed without prejudice to its renewal.

Dated: New York, New York
       August 20, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.