UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SACHA SANTIAGO, *ET AL.*,                :        20-Cv-6887 (SHS)

              Plaintiffs,             :        <u>ORDER</u>

       -v-                                        :

UNITED STATES OF AMERICA,        :
*ET AL.*,
                                        :
              Defendants.
-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     IT IS HEREBY ORDERED that the conference scheduled for September 30 at 10:30 a.m. is adjourned to October 28, 2021, at 10:00 a.m.

Dated: New York, New York
         September 22, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.